IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

WALTER JOSEPH MEGNA,

Plaintiff,

Case No. 24-CV-588

v.

JOHN MUSIAL and ALEXIS ZAK,

Defendants.

## DEFENDANTS JOHN MUSIAL AND ALEXIS ZAK'S
## NOTICE OF MOTION AND MOTION FOR RECONSIDERATION

Defendants John Musial and Alexia Zak (improperly named "Alexis Zak") by their attorneys, Crivello, Nichols & hall, S.C., respectfully moves this Court, the Honorable Stephen Dries presiding, for an order altering or amending its prior partial denial of their motion for summary judgment (Dkt. 58). Defendants make this motion pursuant to Fed. R. Civ. P. 59(e) and for the reasons set for in the accompanying Brief.

Defendants also incorporate herein by reference the Defendants' Brief in Support of Summary Judgment and supporting documents (Dkts. 37-45). Through this Motion, Defendants also seek the costs, fees, and disbursements of this Motion and action, and such other relief that the Court deems equitable.

Dated this 5th day of June, 2025.

>CRIVELLO, NICHOLS & HALL, S.C.
>Attorneys for Defendants, Captain John Musial and Officer Alexia Zak
>
>By: *s/ Brianna J. Meyer*
>STEVEN C. McGAVER
>State Bar No.: 1051898
>BRIANNA J. MEYER
>State Bar No.: 1098293
>MAIA I. HENTGES
>State Bar No.: 1138038
>710 N. Plankinton Avenue, Suite 500
>Milwaukee, WI 53203
>Phone: 414-271-7722
>Fax: 414-271-4438
>Email: smcgaver@crivellolaw.com
>bmeyer@crivellolaw.com
>mhentges@crivellolaw.com