SCD

Whom ever it may concern

U.S. District Court
Wisconsin Eastern

DEC 22 2025

FILED
Clerk of Court

The reason for this letter is to inform the court of my release from prison and to also inform the court of my address change for cases 24-CV-0588 and 24-CV-1577.

Thank you for your time in this matter

on this 17th day of
December
2025

Walter Joseph Megna
1314 S. 21st ST
Manitowoc WI 54220