Walter Magna
1314 S. 21ST ST
Manitowoc WI
54220

GREEN BAY WI 543

20 DEC 2025 AM 2 L

FOREVER / US

Eastern
United States' District court
of Wisconis
Clerk of Courts
517 E WISCONSIN Ave.
Milwaukee ,WI
53202

DEC 2 2025

53202-458299